■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BROWN, Appellant. [663 NYS2d 974] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered January 3, 1996, convicting him of reckless endangerment in the first degree (two counts), upon his plea of guilty, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK BROWN, Appellant. [663 NYS2d 975] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Golia, J.), rendered July 10, 1995, convicting him of sexual abuse in the first degree and criminal impersonation in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered. The facts have been considered and determined to have been established.

The People concede, and we agree, that a new trial is mandated, since the People violated the rule in *People v Rosario* (9 NY2d 286, *cert denied* 368 US 866) by withholding a report that contained a statement of the arresting officer, who testified at the trial. Bracken, J. P., Rosenblatt, Goldstein and Luciano, JJ., concur.